No. 25-11469

# In the United States Court of Appeals for the Eleventh Circuit

FLORIDA IMMIGRANT COALITION, ET AL.,
*Plaintiffs-Appellees,*

v.

JAMES UTHMEIER,
IN HIS OFFICIAL CAPACITY AS FLORIDA
ATTORNEY GENERAL, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 1:25-cv-21524-KMW

**APPELLANTS' NOTICE TO THE COURT**

JAMES UTHMEIER
  *Attorney General of Florida*

JEFFREY PAUL DESOUSA
  *Acting Solicitor General*
NATHAN A. FORRESTER
DAVID M. COSTELLO
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK
CHRISTINE PRATT
  *Assistant Solicitors General*
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*robert.schenck@myfloridalegal.com*

May 22, 2025

*Counsel for Defendants-Appellants*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants certify that, to the best of their knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Amdur, Spencer
2. Bakkendahl, Thomas
3. Bartlett, Bruce
4. Basford, Larry
5. Brodsky, Ed
6. Campbell, Jack
7. Chavez, Paul R.
8. Choi, Grace
9. Costello, David M.
10. Cox, Alexcia
11. Cox, Nicholas B.
12. DeSousa, Jeffrey P.
13. Durrett, John
14. Farmworker Association of Florida, Inc.
15. Florida Immigrant Coalition

16. Fox, Amira D.

17. Gladson, William

18. Godshall, Amy N.

19. Goodman, Hon. Jonathan

20. Greer, Alana J.

21. Haas, Brian

22. Haskell, Miriam F.

23. Jadwat, Omar

24. Kacou, Amien

25. Kramer, Brian S.

26. Lamia, Christine

27. Larizza, R.J.

28. LaRocca, Christina I.

29. Lopez, Susan S.

30. Madden, Ginger Bowden

31. Mann, William C.

32. Nelson, Melissa

33. Pratt, Christine K.

34. Pryor, Harold F.

35. Roman, Oscar S.

36. Rundle, Katherine Fernandez

37. Scheiner, William

38. Schenck, Robert S.

39. Stafford, William III

40. Steinberg, Hannah

41. Tilley, Daniel B.

42. Uthmeier, James

43. V.V.

44. Wiese, Evelyn

45. Williams, Hon. Kathleen M.

46. Wofsy, Cody

47. Worrell, Monique H.

48. Y.M.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

# NOTICE

The district court enjoined Defendants from enforcing Florida's SB 4-C on April 29, 2025. DE67. Defendants then appealed. DE68. On April 30, Defendants moved the district court to stay its injunction pending appeal. DE69. On May 7, Defendants moved this Court for the same relief. Mot. for Stay Pending Appeal, ECF No. 6. Defendants give notice to the Court that, on May 19, the district court sua sponte filed a minute order stating that it would not rule on Defendants' motion to stay that injunction, and would instead "wait to consider Defendants' Motion to Stay (DE 69) until the Eleventh Circuit indicates its position on this matter." DE84.

Dated: May 22, 2025

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

/s/ *Robert S. Schenck*
JEFFREY PAUL DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*david.costello@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants-Appellants*

# CERTIFICATE OF COMPLIANCE

This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Robert S. Schenck*
Assistant Solicitor General

# CERTIFICATE OF SERVICE

I certify that on May 22, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Robert S. Schenck*
Assistant Solicitor General
