# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Florida Immigrant Coalition, et al _vs._ Attorney General, State of Florida, et al  Appeal No. 25-11469

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

In addition to those persons listed in Defendants-Appellants' Certificate of Interested Persons,

the following persons and entities have an interest in this case:

Crapo, Matt A., attorney for amicus curiae Immigration Reform Law Institute

Jaroslav, David L., attorney for amicus curiae Immigration Reform Law Institute

Immigration Reform Law Institute, amicus curiae

Submitted by:
Signature: Matt Crapo
Name: Matt A. Crapo          Prisoner # (if applicable): _____
Address: 25 Massachusetts Ave., N.W., Suite 335, Washington, DC 20001
Telephone #: (571) 435-3582

Rev.: 2/23