UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2025

Eric H. Wessan
Iowa Department of Justice
Solicitor General
1305 WALNUT ST
DES MOINES, IA 50319

Appeal Number: 25-11469-DD
Case Style: Florida Immigrant Coalition, et al v. Attorney General, State of Florida, et al
District Court Docket No: 1:25-cv-21524-KMW

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

We have received from you for filing in this appeal the following: Amicus Brief

You have not entered your Appearance of Counsel Form in this appeal. Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance forms are available at www.ca11.uscourts.gov. 11th Cir. R. 46-6(b) states in part, "When an attorney fails to file a required Appearance of Counsel Form within 14 days after notice of that requirement is mailed by the clerk, the clerk may not accept any further filings (except for a brief) from the attorney until the attorney files an Appearance of Counsel Form."

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135    Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:   404-335-6141

ATTY-1 Appearance form bar admission