No. 25-11469

# In the United States Court of Appeals for the Eleventh Circuit

FLORIDA IMMIGRANT COALITION, ET AL.,
*Plaintiffs-Appellees,*

v.

JAMES UTHMEIER,
IN HIS OFFICIAL CAPACITY AS FLORIDA
ATTORNEY GENERAL, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 1:25-cv-21524-KMW

## UNOPPOSED MOTION FOR A 5-DAY FIRST EXTENSION OF TIME TO FILE REPLY BRIEF

JAMES UTHMEIER
  *Attorney General of Florida*

JEFFREY PAUL DESOUSA
  *Acting Solicitor General*
NATHAN A. FORRESTER
DAVID M. COSTELLO
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK
CHRISTINE PRATT
  *Assistant Solicitors General*
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*robert.schenck@myfloridalegal.com*

September 10, 2025        *Counsel for Defendants-Appellants*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants certify that, to the best of their knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Amdur, Spencer
2. Bakkendahl, Thomas
3. Bartlett, Bruce
4. Basford, Larry
5. Brodsky, Ed
6. Campbell, Jack
7. Chavez, Paul R.
8. Choi, Grace
9. Cox, Alexcia
10. Cox, Nicholas B.
11. DeSousa, Jeffrey P.
12. Durrett, John
13. Farmworker Association of Florida, Inc.
14. Florida Immigrant Coalition
15. Fox, Amira D.
16. Gladson, William

17. Godshall, Amy N.

18. Goodman, Hon. Jonathan

19. Greer, Alana J.

20. Haas, Brian

21. Haskell, Miriam F.

22. Jadwat, Omar

23. Kacou, Amien

24. Kramer, Brian S.

25. Larizza, R.J.

26. LaRocca, Christina I.

27. Lopez, Susan S.

28. Madden, Ginger Bowden

29. Mann, William C.

30. Nelson, Melissa

31. Pratt, Christine K.

32. Pryor, Harold F.

33. Roman, Oscar S.

34. Rundle, Katherine Fernandez

35. Scheiner, William

36. Schenck, Robert S.

37. Stafford, William III

2

38. Steinberg, Hannah

39. Tilley, Daniel B.

40. Uthmeier, James

41. V.V.

42. Wiese, Evelyn

43. Williams, Hon. Kathleen M.

44. Wofsy, Cody

45. Worrell, Monique H.

46. Y.M.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## UNOPPOSED MOTION FOR A 5-DAY
## FIRST EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants respectfully move for a 5-day extension of time to file their reply brief, to and including September 24, 2025. 11th Cir. R. 31-2(d). Appellees do not oppose this extension.

1. Appellants' reply brief is due on September 19, 2025. This is Appellants' first request for an extension of time. Under this Court's briefing notice ordered by the Court on June 6, 2025, Appellees' answer brief was due on July 30, 2025. *See* ECF No. 24 at 16. Appellees received a 30-day extension of time over the phone, making their answer brief due August 29, 2025. ECF No. 30. Appellees filed their brief on that date. ECF No. 50. Oral argument is currently set for October 9, 2025. ECF No. 43.

2. This Court's rules permit a first request for an extension of time of up to 30 days to file a brief if a party shows "good cause." 11th Cir. R. 31-2(a). "When a briefing schedule has been established by court order, a first request for an extension must be made by written motion and will only be acted upon by the court." *Id.* An extension of a reply brief may permit filing up to "at least 7 days before argument, unless the court, for good cause, allows a later filing." Fed. R. App. P. 31(a)(1).

3. Good cause exists for granting this extension. Counsel principally responsible for this case have had an especially large volume of litigation responsibilities since Appellees filed their answer brief and over the next 10 days. Those responsibilities include presentation of oral argument in *State v. Phillips*, No. SC23-73 (Fla.); amicus briefs in

1

*Miller v. McDonald*, No. 25-133 (U.S.), *May v. Florida Bar*, No. SC25-1020 (Fla.), *Grundmann v. Trump*, No. 25-5165 (D.C. Cir.), and *Trump v. Slaughter*, No. 24A966 (U.S.); reply briefs in *Florida v. Department of Education*, No. 24-13814 (11th Cir.), and *State v. Hunter*, No. 4D24-2558 (Fla. 4th DCA); an initial brief in *State v. Wester*, No. SC24-1769 (Fla.); a reply in support of a motion to dismiss in *Housing Opportunities Project For Excellence, Inc. v. Kelly*, No. 1:24-cv-21749 (S.D. Fla.); a motion to stay in *Computer & Communications Industry Association v. Uthmeier*, No. 4:24-cv-438 (N.D. Fla.); status reports in *Florida Immigrant Coalition v. Uthmeier*, No. 1:25-cv-21524 (S.D. Fla.), *UPSIDE FOODS, Inc. v. Simpson*, No. 4:24-cv-316 (N.D. Fla.), and *Florida v. Centers for Medicare and Medicaid*, No. 8:25-cv-36 (M.D. Fla.). These litigation responsibilities are in addition to counsel's other responsibilities within the Attorney General's Office, which are substantial.

3. The relief requested is necessary to ensure sufficient time for the Solicitor General's Office to brief this case thoroughly for the Court.

4. No party would be prejudiced by the relief requested in this motion. Undersigned counsel has consulted with counsel for Appellees and is authorized to represent that Appellees do not oppose this extension. *See* 11th Cir. R. 26-1; 11th Cir. R. 31-2(a).

Therefore, Appellants respectfully request a 5-day extension to and including September 24, 2025, to file their reply brief.

2

Dated: September 10, 2025    Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

/s/ *Robert S. Schenck*
JEFFREY PAUL DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*robert.schenck@myfloridalegal.com*

*Counsel for Defendants-Appellants*

3

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27 because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 513 words.

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27 and 32(a)(5)–(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Robert S. Schenck*
Assistant Solicitor General

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Robert S. Schenck*
Assistant Solicitor General
