# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11469
_____

FLORIDA IMMIGRANT COALITION,
FARMWORKER ASSOCIATION OF FLORIDA,
Y.M.,
V.V.,

                              *Plaintiffs-Appellees,*

versus

ATTORNEY GENERAL, STATE OF FLORIDA,
STATEWIDE PROSECUTOR OF THE STATE OF FLORIDA,
STATE ATTORNEY, FIRST JUDICIAL CIRCUIT OF FLORIDA,
STATE ATTORNEY, THE SECOND JUDICIAL CIRCUIT OF FLORIDA,
STATE ATTORNEY, THIRD JUDICIAL CIRCUIT OF FLORIDA, et al.,

                              *Defendants-Appellants.*

2                    Order of the Court                    25-11469

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21524-KMW

_____

ORDER:

The motion for an extension of time to and including September 24, 2025 to file Appellant's reply brief is GRANTED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION