**Cody Wofsy**
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

October 27, 2025

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

    Re:    *Florida Immigrant Coalition v. Uthmeier*, No. 25-11469
            Rule 28(j) Notice re: *Iowa Migrant Movement for Justice v. Bird*, No. 24-2263 (8th Cir. 2025)

Dear Mr. Smith:

    Pursuant to Rule 28(j), Plaintiffs-Appellees write to inform this Court of the Eighth Circuit's decision in *Iowa Migrant Movement for Justice v. Bird*, No. 24-2263, 2025 WL 2984379 (8th Cir. 2025), which unanimously affirmed a preliminary injunction against Iowa's illegal reentry law. The court concluded that Section 2 of Iowa's law—which, like Florida's S.B. 4-C, creates a state offense for entering, attempting to enter, or being found in the state after being denied admission, excluded, deported, or removed from the United States—was conflict-preempted. *Id.* at *6–10; Appellees' Br. 30–34. Notably, the court rejected Iowa's reliance on the amicus brief the United States filed in support of Florida in this case. *Iowa*, 2025 WL 2984379, at *10; Appellees' Br. 34 n.12.

    The court also rejected defendants' threshold arguments—which are almost identical to the arguments that Defendants have advanced in this case. *Compare Iowa*, 2025 WL 2984379, at *2–6 *with* Appellants' Br. 18–27. Specifically, the court concluded that the plaintiffs—individuals subject to prosecution under law, and a membership organization that included these individuals—had standing to challenge the law. *Iowa*, 2025 WL 2984379, at *2–4; Appellees' Br. 12–16. The court



additionally held that the plaintiffs had an equitable cause of action for a violation of the Supremacy Clause. *Iowa*, 2025 WL 2984379, at *6; Appellees' Br. 16–21.

    Sincerely,

    /s/ Cody Wofsy
    Cody Wofsy
    Deputy Director
    American Civil Liberties Union,
      Immigrants' Rights Project

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) because the body contains 226 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system.

Dated: October 27, 2025                     /s/ Cody Wofsy
                                            Cody Wofsy

425 California St, 7th Floor, San Francisco, CA 94104 | cwofsy@aclu.org | 415-343-0785