No. 25-11469

# In the United States Court of Appeals for the Eleventh Circuit

FLORIDA IMMIGRANT COALITION, ET AL.,
*Plaintiffs-Appellees,*

v.

JAMES UTHMEIER,
IN HIS OFFICIAL CAPACITY AS FLORIDA
ATTORNEY GENERAL, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 1:25-cv-21524-KMW

## MOTION TO WITHDRAW AS COUNSEL

JAMES UTHMEIER
  *Attorney General of Florida*

JEFFREY PAUL DESOUSA
  *Acting Solicitor General*
JASON J. MUEHLHOFF
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK
  *Deputy Solicitor General*
CHRISTINE PRATT
  *Assistant Solicitor General*
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*robert.schenck@myfloridalegal.com*

January 19, 2026        *Counsel for Defendants-Appellants*

*Florida Immigrant Coalition v. Uthmeier*
*Eleventh Circuit Case No. 25-11469*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants certify that, to the best of their knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Amdur, Spencer
2. Bakkendahl, Thomas
3. Bartlett, Bruce
4. Basford, Larry
5. Brodsky, Ed
6. Campbell, Jack
7. Chavez, Paul R.
8. Choi, Grace
9. Costello, David M.
10. Cox, Alexcia
11. Cox, Nicholas B.
12. DeSousa, Jeffrey P.
13. Durrett, John
14. Farmworker Association of Florida, Inc.
15. Florida Immigrant Coalition

16. Fox, Amira D.

17. Gladson, William

18. Godshall, Amy N.

19. Goodman, Hon. Jonathan

20. Greer, Alana J.

21. Haas, Brian

22. Haskell, Miriam F.

23. Jadwat, Omar

24. Kacou, Amien

25. Kramer, Brian S.

26. Lamia, Christine

27. Larizza, R.J.

28. LaRocca, Christina I.

29. Lopez, Susan S.

30. Madden, Ginger Bowden

31. Mann, William C.

32. Muehlhoff, Jason J.

33. Nelson, Melissa

34. Pratt, Christine K.

35. Pryor, Harold F.

36. Roman, Oscar S.

37. Rundle, Katherine Fernandez

38. Scheiner, William

39. Schenck, Robert S.

40. Stafford, William III

41. Steinberg, Hannah

42. Tilley, Daniel B.

43. Uthmeier, James

44. V.V.

45. Wiese, Evelyn

46. Williams, Hon. Kathleen M.

47. Wofsy, Cody

48. Worrell, Monique H.

49. Y.M.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## **MOTION TO WITHDRAW AS COUNSEL**

I, Robert Scott Schenck, respectfully request leave to withdraw as counsel for Defendants-Appellants. I will leave the Office of the Attorney General on January 21, 2026. Defendants-Appellants will continue to be represented by Jeffrey DeSousa, Jason J. Muehlhoff, and Christine Pratt.

Dated: January 19, 2026

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

/s/ *Robert S. Schenck*
JEFFREY PAUL DESOUSA (FBN 110951)
  *Acting Solicitor General*
JASON J. MUEHLHOFF
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Deputy Solicitor General*
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*jason.muehlhoff@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants-Appellants*

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 46 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

> */s/ Robert S. Schenck*
> Deputy Solicitor General

## CERTIFICATE OF SERVICE

I certify that on January 19, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Robert S. Schenck*
Deputy Solicitor General
